**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 24 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZAVEN KHACHATRYAN, | No. 08-71416 |
| Petitioner, | |
| v. | Agency No. A076-706-203 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 17, 2012**

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

Zaven Khachatryan, a native of Iran and citizen of Armenia, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his second

motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for an

abuse of discretion, *Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir. 2008), and

---

* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

** The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

we deny the petition for review.

The BIA did not abuse its discretion by denying Khachatryan's second motion to reopen as numerically-barred and untimely where it was filed over four years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and Khachatryan failed to establish changed circumstances in Armenia to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Malty v. Ashcroft*, 381 F.3d 942, 945 (9th Cir. 2004) ("The critical question is . . . whether circumstances have changed sufficiently that a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of future persecution.").

**PETITION FOR REVIEW DENIED.**